UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| UNITED STATES OF AMERICA, | § | |
|---|---|---|
| | § | |
| Plaintiff, | § | |
| VS. | § | CRIMINAL ACTION NO. C-07-00121 |
| | § | |
| ADELAIDO MILAN, JR., | § | |
| | § | |
| Defendant. | § | |

### ORDER DENYING LETTER MOTION FOR BOND REDUCTION

On this day came on to be considered Defendant's letter motion for bond reduction.

Defendant's motion for bond reduction is denied.

SIGNED and ORDERED this 13th day of June, 2007.

_____
Janis Graham Jack
United States District Judge