IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff/Respondent, | § | |
| | § | |
| V. | § | CR. No. C-07-121 |
| | § | C.A. No. C-07-415 |
| ADELAIDO MILAN, JR. | § | |
| | § | |
| Defendant/Movant. | § | |

## ORDER GRANTING MOTION FOR EXTENSION

Pending before the Court is the United States' motion for an extension of time to respond to Movant Adelaido Milan, Jr.'s motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255. (D.E. 30.) In it, the government requests to be permitted to file its response two weeks after the filing of certain transcripts. Those transcripts were filed on January 2, 2008, days after the filing of the government's extension motion.

The motion for extension is hereby GRANTED and the government shall file its response not later than January 16, 2008. Additionally, pursuant to Rule 5(d) of the RULES GOVERNING SECTION 2255 PROCEEDINGS FOR THE UNITED STATES DISTRICT COURTS (2007), Milan may file a reply not later than thirty days after service of the government's answer.

It is so ORDERED this 7th day of January, 2008.

_____
Janis Graham Jack
United States District Judge

1